UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:22CR336 (1) |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| vs. | ) | REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |
| ELIJAH S. PAYNE, | ) | |
| Defendant. | ) | MAGISTRATE JUDGE JENNIFER DOWDELL ARMSTRONG |

Pursuant to General Order 99-49, this matter has been referred to me for the purpose of receiving, after consent, Elijah S. Payne's ("Defendant's") guilty plea to Count One of the Indictment. The following, along with the transcript or other record of the proceedings, constitutes my Report and Recommendation concerning Defendant's guilty plea:

1. Defendant, accompanied by counsel, entered a plea of guilty under oath on June 27, 2023;

2. I examined Defendant as to his competency to participate in a plea proceeding and found him to be competent;

3. Defendant stated he was satisfied with the advice, competence, and efforts of his lawyers;

4. Defendant acknowledged understanding the nature of the charges contained in the indictment and the maximum possible sentence;

5. Defendant was advised of the following rights: to tender a plea of not guilty or stand upon such a plea previously entered; to trial; to representation by counsel, including appointed counsel, at all stages of the proceedings; to confront and cross-examine adverse witnesses; to present witnesses and to compel their presence; to compel production of exhibits or documents for trial on his behalf; and to waive the privilege against self-incrimination. Defendant acknowledged he understood that if a plea of guilty was accepted, all of these rights would be waived;

6. Defendant was advised that the government would have the right, in a prosecution for perjury, to use any statement he makes under oath;

7. The parties provided me with sufficient information about the charged offenses and Defendant's conduct to establish a factual basis for the plea;

8. I find that Defendant fully understands the terms of the plea agreement;

9. I questioned the Defendant under oath and find that the Defendant's plea was offered knowingly, intelligently, and voluntarily.

In light of the foregoing and the record submitted herewith, I find that all requirements imposed by the United States Constitution and Fed. R. Crim. P. 11 have been satisfied. Accordingly, I recommended that the Court accept Defendant's guilty plea and enter a plea of guilty.

      *s/Jennifer Dowdell Armstrong*
      Jennifer Dowdell Armstrong
      United States Magistrate Judge

Date: June 27, 2023

*ANY OBJECTIONS* to this Report and Recommendation must be filed with the Clerk of Court within fourteen (14) days after being served with a copy of this Report and Recommendation. Failure to file objections within the specified time may waive the right to appeal the District Court's order. *See*, *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). *See also Thomas v. Arn*, 474 U.S. 140 (1985), *reh'g denied*, 474 U.S. 1111 (1986).